**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No.  2:25-20363-SHL** |
| | ) | |
| **KHAULEEL HARRISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

## MOTION TO DISMISS COMPLAINT

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Ashley N. F. Moore, Assistant United States Attorney for the Western District of Tennessee and respectfully requests that this matter is dismissed by this Court without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:   /s/ Ashley N. F. Moore
       Ashley N. F. Moore
       Assistant United States Attorney
       167 N. Main Street, Suite 800
       Memphis, TN 38103
       901-544-4231

1